IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JUSTIN WATSON,<br>[DOB 08-23-1971]<br>　　　　　Defendant. | No. 18-3049-01-CR-S-MDH<br><br>18 U.S.C. § 2252(a)(2) & (b)(1)<br>NLT 5 Years Imprisonment<br>NMT 20 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years Supervised Release NMT Life<br>NMT Life Supervised Release<br>Class C Felony<br><br>$100 Special Assessment |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

Between November 1, 2016, and September 15, 2017, in Howell County, in the Western District of Missouri, the defendant, **JUSTIN WATSON**, using any means or facility of interstate or foreign commerce, did knowingly receive and distribute any visual depiction that had been mailed and shipped and transported in interstate commerce, and which contains materials which had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY GARRISON
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By　　　/s/ James J. Kelleher
　　　　　　　　　　　　　　　　　　　　　　　James J. Kelleher
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: 5/29/2018