## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:18-cr-03049-01-MDH** |
| | ) | |
| **JUSTIN WATSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is Defendant's pro se motion for consideration of the Court's previous Order denying Defendant's Motion for Compassionate Release. (Doc. 39). Defendant seeks compassionate release based on the COVID-19 pandemic. Defendant asserts that he has exhausted all of his administrative remedies, in opposition previous Order's finding. Defendant further emphasizes that he suffers from health conditions including hypertension, obesity, and chronic obstructive sleep apnea.

After careful consideration of the record before the Court, the Court hereby **DENIES** Defendant's motion. The Court finds that, even assuming Defendant has exhausted all administrative remedies, the Defendant has not established that his condition is so extraordinary or compelling that he should be immediately released.

**IT IS SO ORDERED**.

DATED: October 21, 2020               */s/ Douglas Harpool*
                                       **DOUGLAS HARPOOL**
                                       **UNITED STATES DISTRICT JUDGE**